**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:11 CV 199**

| | | |
|---|---|---|
| LISA McKINNEY, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| V | ) | **ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on Jennifer Little's Application for Admission to Practice *Pro Hac Vice* of Paul Townsend McChesney. It appearing that Paul Townsend McChesney is a member in good standing with the South Carolina State Bar and will be appearing with Jennifer Little, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Jennifer Little's Application for Admission to Practice *Pro Hac Vice* (#2) of Paul Townsend McChesney is **GRANTED**, and that Paul Townsend McChesney is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Jennifer Little.

Signed: November 22, 2011

Dennis L. Howell
United States Magistrate Judge