# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:11cv199

| | |
|---|---|
| LISA McKINNEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| MICHAEL J. ASTRUE, ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |

The entire Court is in the process of converting from using WordPerfect to Word for drafting all orders. Apparently, this transition resulted in numerous typographical errors appearing in the Court's Memorandum and Recommendation after the document was uploaded to CM/ECF. The Court apologizes to counsel for any confusion or inconvenience this may cause them in reviewing the Court's December 11, 2012, Memorandum and Recommendation. The Court is working to ensure that this problem is corrected going forward.

Signed: December 12, 2012

Dennis L. Howell
United States Magistrate Judge